```
                  IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF OREGON
```

JAMES HORROD,

        Plaintiff,                Civil No. 06-6260-CO

    v.                            ORDER AND FINDINGS AND

                                       RECOMMENDATION

COMMISSIONER SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

An examination of the application reveals that plaintiff is unable to afford the costs of this action. Accordingly, IT IS ORDERED that the provisional in forma pauperis status given the plaintiff is confirmed.

### ORDER

Plaintiff's application to proceed in forma pauperis is granted.

### RECOMMENDATION

It is recommended that the clerk not issue process, but that this complaint be dismissed with leave to refile. It is clear that the Secretary, Social Security Administration is the only proper party to this action. It is unclear what decision plaintiff is appealing. Federal Rules Of Civil Procedure Rule 8 requires the complaint to set forth a short plain statement showing the party is

entitled to relief.  Therefore, plaintiff should be given leave to file an amended complaint that complies with the requirements of Rule 8 and names the proper defendant.  Failure to file an amended complaint that complies with Rule 8 within 30 days of the Court's Order will result in dismissal of this action with prejudice.

**_This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals_**.  **Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment or appealable order. _The parties shall have ten days from the date of service of a copy of this recommendation within which to file specific written objections with the court.  Thereafter, the parties have ten days within which to file a response to the objections_.  Failure to timely file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo consideration of the factual issues and will constitute a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation.**

DATED this ____28____ day of November, 2006.


_____/s/_____
JOHN P. COONEY
United States Magistrate Judge