IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES HORROD,<br><br>    Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | Civ. No. 06-6260-CO<br><br><br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court reviews the legal principles de novo. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). I adopt Judge Cooney's Findings and Recommendation.

CONCLUSION

    Magistrate Judge Cooney's Findings and Recommendation (#4) is

1 - ORDER

adopted. The complaint (#2) is dismissed with leave to file an amended complaint that complies with the requirements of Federal Rule of Civil Procedure 8 and that names the proper defendant.

IT IS SO ORDERED.

DATED this 29 day of November, 2006.

_____
OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER