FILED'07 FEB 23 09:52USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES HORROD,<br><br>       Plaintiff,<br><br>  v.<br><br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>       Defendant. | Civ. No. 06-6260-CO<br><br><br><br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, plaintiff objects to the Findings and Recommendation.

1 - ORDER

I have, therefore, given this matter <u>de</u> <u>novo</u> review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#7) is adopted. The complaint (#2) is dismissed with leave to file an amended complaint that complies with the requirements of Federal Rule of Civil Procedure 8 and names the Secretary, Social Security Administration, as the defendant.

IT IS SO ORDERED.

DATED this 27 day of February, 2007.

_____
OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER